920

No. 464, Misc. JACKSON *v.* STEINER, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 475, Misc. SEWELL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 480, Misc. PITTS *v.* KEENAN, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 481, Misc. MAJEWSKI *v.* ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 484, Misc. JEFFERSON *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 485, Misc. SUIT *v.* ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 134, Misc. DEESE *v.* CULVER, DIRECTOR OF CORRECTIONS. Petition for writ of certiorari to the Supreme Court of Florida denied without prejudice to an application for a writ of habeas corpus in an appropriate United States District Court. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, for respondent.

No. 206, Misc. FLOWERS *v.* TRAVELERS INSURANCE Co. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Joe H. Tonahill* for petitioner. *Bryan F. Williams, Jr.* for respondent.